United States Courts
Southern District of Texas
FILED

FEB 24 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Jorge Armando Perez**

**CRIMINAL COMPLAINT**

Case Number: C-20-690m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 22, 2020** (Date) in **Jim Wells** County, in the Southern District of Texas, defendant, **Jorge Armando Perez**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

See Attached Affidavit of U.S. Border Patrol Agent **Stephanie Caligiuri**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant
**Stephanie Caligiuri**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

February 24, 2020            at      Corpus Christi, Texas
Date                                  City and State

**Julie K. Hampton U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**SYNOPSIS:**
On February 22, 2020, Jorge Armando Perez was arrested for attempting to smuggle two undocumented aliens.

**ENCOUNTER:**
On February 22, 2020, at approximately 8:25 p.m., a silver 2006 Honda Ridgeline was stopped by a Texas Department of Public Safety Trooper for expired vehicle registration. Perez refused to consent to a search of the vehicle by the Trooper, so the trooper called for the assistance of another Trooper with a canine. The canine alerted to the vehicle, and the Trooper discovered two subjects concealed in a compartment within the vehicle. He contacted Border Patrol for assistance at approximately 11:00 p.m., and two agents from the Falfurrias Border Patrol Station responded to the trooper's location just north of the intersection of Highway 281 and County Road 141. The agents performed an immigration inspection on the two subjects, identified as Selvin David Calderon-Jimenez and Maria Angela Espinoza-Perez, and determined them to be citizens of Mexico and Honduras illegally present in the United States.

Calderon and Espinoza were placed under arrest for being illegally present in the Unites States while Perez was placed under arrest for alien smuggling.

**MIRANDA WARNINGS:**
All subjects were advised of their Miranda Rights in their preferred language. All subjects acknowledged that they understood their rights. Calderon and Perez agreed to provide statements without an attorney present.

**PRINCIPAL JORGE ARMANDO PEREZ'S STATEMENT:**
Jorge Armando Perez stated he borrowed a truck from his friend in Alamo, Texas around 6:30 p.m. because his vehicle broke down and he needed a ride to Clarksville, Tennessee. He stated he jumped in his friend's truck and started driving north. He denied knowledge of concealed people in the truck. Perez stated he stopped once to use the restroom at Stripes. After leaving Stripes, Perez advised he was stopped by a Texas Department of Public Safety Trooper for expired registration. During the encounter with the Trooper, Perez said he denied the trooper's request for consent to search the vehicle. The trooper called a canine unit, and the canine alerted to the vehicle. The trooper found two subjects in a compartment in the bed of the truck. Perez declined consent to search the phone located in the vehicle, stating it was not his phone.

**MATERIAL WITNESS SELVIN DAVID CALDERON-JIMENEZ'S STATEMENT:**
Selvin David Calderon-Jimenez stated he crossed the river illegally about three days ago and was taken to a stash house near Rio Grande City. He stated the driver (Perez) picked him up at the stash house along with Espinoza, instructing both of them to get into the compartment in the

1

back of the vehicle. Calderon stated the driver instructed them to stay quiet and not move around because they would be going through the immigration checkpoint. Calderon stated he was going to pay Perez $5,000 to transport him to Houston, Texas. Calderon stated that Perez knew he and Espinoza were illegally present in the United States.

NOTE: Both aliens have multiple immigration removals from the United States.

**DISPOSITION:**
The facts of this case were presented to the United States Attorney's Office who accepted Jorge Armando Perez for prosecution of 8 USC 1324, Alien Smuggling. Selvin David Calderon-Jimenez will be held as a material witness.

_Stephanie Caligiuri_
Stephanie Caligiuri
Border Patrol Agent

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on February 24, 2020

_Julie K. Hampton_
Julie K. Hampton
United States Magistrate Judge

2